UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLEONE CARTEL JAE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHEXSYSTEMS INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-CV-1683 JLS (NLS)<br><br>**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Presently before the Court is Plaintiff Corleone Cartel Jae's Motion to Proceed *In Forma Pauperis* ("IFP") ("IFP Mot.," ECF No. 2).

**IFP MOTION**

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). A federal court

may authorize the commencement of an action without the prepayment of fees if the party submits an affidavit, including a statement of assets, showing that he is unable to pay the required filing fee. 28 U.S.C. § 1915(a).

In the present case, Plaintiff has submitted an affidavit indicating that he is unemployed and, in the past twelve months, has not received any money from any sources. (IFP Mot. 2.) However, Plaintiff also indicates he receives $754.00 per month and expects to receive the same going forward. (*Id.*) Plaintiff does not indicate the source of these funds. (*Id.*) Further, Plaintiff indicates he has debts payable to "Great Lakes" but does not state the amount owed. (*Id.* at 3.) Finally, Plaintiff does not list his monthly expenses at all.[1] The Court is unable to determine if Plaintiff is unable to pay the required filing fee. Accordingly, the Court **DENIES** Plaintiff's Motion to Proceed IFP.

## CONCLUSION

Based on the foregoing, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion to Proceed IFP (ECF No. 2). To proceed with his case, Plaintiff may, within thirty days of the date on which this Order is electronically docketed, either (1) pay the $400 filing fee for civil cases, or (2) file a new motion to proceed *in forma pauperis* that addresses the Court's above-mentioned concerns.

**IT IS SO ORDERED.**

Dated:  September 5, 2017

Hon. Janis L. Sammartino
United States District Judge

---

[1] The Court notes the form Plaintiff used to file this motion does not require the movant to list all monthly expenses so Plaintiff may have been unaware of the need to do so. However, Plaintiff used a standard form typically used by prisoners requesting to proceed IFP. Plaintiff left blank the section on the form asking "Are you currently incarcerated?" (IFP Mot. 1) so the Court is unclear as to whether Plaintiff is incarcerated and therefore is unaware if Plaintiff has monthly expenses.